UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORDA

COPYRIGHT ENFORCEMENT

SPECIALISTS, INC.,

Plaintiff,

vs.

CLBL Inc., Excalibur Entertainment,

Inc., Ravana LLC., Adam Weidhorn and

Feisty Media, Inc.,

Defendants.

_____/

PLAINTIFF'S COMPLAINT

The Plaintiff, Copyright Enforcement Specialists, Inc., sues the defendants, alleging:

1.  This is an action by Copyright Enforcement Specialists, Inc., ("Specialist") the assignee
    of the copyright and other intellectual property rights of Harlem Productions ("Harlem"),
    Freakdorm ("Freakdorm"), Dirty New York ("Dirty") and Latino Fan Club ("Latino").

    JURISDICTION

2.  This Court has exclusive subject matter jurisdiction over Plaintiff's claims for copyright
    infringement and related claims pursuant to 17 U.S.C. 101 and 28 U.S.C. 1331 and
    1338(a).

    FACTS COMMON TO ALL CLAIMS

3. The claims against the varying defendants arise out of a common nucleus of facts, involving the same works, same source of infringing content and common questions of law.

4. Adam Weidhorn ("Weidhorn") is a former employee of Global Media Films International, Inc.

5. Global Media Films International, Inc., is the producer, copyright owner and sole distributor for Harlem series motion pictures.

6. Global Media Films International, Inc., is the producer, copyright owner and sole distributor for Freakdorm series motion pictures.

7. Global Media Films International, Inc., is the producer, copyright owner and sole distributor for Dirty New York series motion pictures.

8. Global Media Films International, Inc., is the assignor of the exclusive distribution rights and right to enforce the copyrights of Latino Fan Club.

9. Copyright Enforcement Specialists, Inc., is a corporation formed under the laws of the State of Florida, with its principal office in Miami, Florida, within the Southern District of Florida.

10. Global Media Films International, Inc., has assigned the copyrights of Dirty, Harlem and Freakdorm to Copyright Enforcement Specialists, Inc. and all accrued causes of action for infringement.

11. Global Media Films International, Inc., has assigned accrued causes of action for infringement to Copyright Enforcement Specialists, Inc. for Latino.

12. Latino Fan Club is one of the premier erotic video series produced, and the owner, producer and director is well known within the industry, as are the distributors.

13. Claims of copyright for all of the works in this Complaint have been registered with the Library of Congress as follows:

    a.  Latino Fan Club- PA2-302-231

    b.  Harlem, Freakdorm, Dirty New York: PA2-305-970

14. Weidhorn, as an employee of Global Media International Films, Inc., had access to the masters, replicated DVDs and DVD art for Dirty, Latino, Harlem and Freakdorm motion pictures. Weidhorn duplicated the copyright works of Latino, Harlem, Dirty and Freakdorm after being fired and sold the illegal copies ("bootlegs") in violation of Plaintiff's Exclusive Rights under the Copyright Act.

15. Weidhorn falsely assured purchasers that his company, "Global Media Films" had taken over the rights to Dirty, Latino Fan Club, Freakdorm and Harlem and that the DVDs were lawful products.

16. Weidhorn conducted business as GLOBAL MEDI INTERNATIONAL INC: D-U-N-S number: 129439347 (sic) despite their being no such corporation, in an effort to use a confusingly similar name to Global Media International Films, Inc.

17. On or about April 26, 2020, Plaintiff demanded that Weidhorn cease distribution of Latino, Harlem and Freakdorm products.

18. Weidhorn responded to Plaintiff's demand via text messages conceding that he distributed bootlegs of Latino and cursed and expressed contempt for the owner of Latino Fan Club.

COUNT I

Plaintiff sues the Defendants, CLBL, Inc., a Connecticut Corporation d/b/a CD Universe, and Adam Weidhorn, alleging:

19. Plaintiff incorporates the previous paragraphs in full.

20. On or about 6/1/2021, the defendant, CLBL, Inc., d/b/a "CD Universe" operated a fully interactive web site for sale of adult DVDs targeting customers throughout the United States.

21. The site targeted residents of Florida and entered into transactions with residents of the State of Florida, the defendant availing itself of the laws and protections of the State of Florida.

22. CD Universe offered for sale 8 DVDs of Harlem's copyright product and 32 of Latino's Copyright Product and 2 Dirty New York, 1 Freakdorm products, as stated in full in Exhibit 1.

23. Based on information and belief, Weidhorn is the source of the bootlegs offered for sale by defendant CD Universe.

24. Prior to Plaintiff notifying Defendant of the infringement, Defendant knew or should have known the sole lawful distributors of Dirty, Harlem and Latino but purchased from a bootlegger.

25. On or about June 16, 2021, Defendant received a letter from counsel for Dirty, Harlem and Latino demanding an accounting of sales and advising the Defendant that it was not authorized to sell the items it had on offering through its infringing website.

26. On or about June 21, 2021, Defendant received a second letter from counsel for Dirty, Harlem and Latino insisting that infringement cease at once and demanding that all records related to the sales of the infringement be retained.

27. On or about June 25, 2021, Defendant received a third letter from counsel for Dirty, Harlem and Latino restating the demands.

28. Defendant replied to none of the demand letters sent by Plaintiff.

29. Plaintiff has been damaged by sales made by Defendant of infringing goods.

30. Defendant has received profits attributable to the infringement of the copyright of Harlem and Latino products. Defendant's profits are recoverable by Plaintiff pursuant to 17 U.S.C. 504(c)(2).

31. Plaintiff is entitled, at its election, to an award of statutory damages for the copyright infringement herein pursuant to 17 U.S.C. 504(c)(2).

32. Plaintiff has agreed to pay its attorney a reasonable fee for his services.

33. Plaintiff is entitled to its attorney's fees and costs pursuant to 17 U.S.C. 505, and as otherwise provided by law.

WHEREFORE, Plaintiff demands judgment for the following relief jointly and severally against the defendants

   a.  For an accounting of, and the imposition of a constructive trust with respect to Defendant's profits attributable to infringement of Plaintiff's Assignor's Copyright, or in Plaintiff's election, an award of statutory damages for each of the 42 titles, including statutory damages for willful infringement;

   b.  An award of reasonable attorney's fees and costs

   c.  Such other and further relief as the Court deems just and proper and is available under the law.

COUNT II

Plaintiff sues the Defendants, Excalibur Entertainment, Inc., a California Corporation d/b/a Excaliburfilms.com, and Adam Weidhorn, alleging:

34. Plaintiff incorporates the previous paragraphs in full.

5

35. Excalibur Entertainment, Inc., ("Excalibur") is a California Corporation.

36. Excalibur offered for sale 1 DVD of Latino's copyright product and 3 DVDs of Freakdorm's copyright product, as stated in full in Exhibit 1.

37. On or about 6/1/2021, the defendant, CLBL, Inc., d/b/a "CD Universe" operated a fully interactive web site for sale of adult DVDs targeting customers throughout the United States.

38. The site targeted residents of Florida and entered into transactions with residents of the State of Florida, the defendant availing itself of the laws and protections of the State of Florida.

39. Based on information and belief, Weidhorn is the source of the bootlegs offered for sale by defendant .Excalibur.

40. Prior to Plaintiff notifying Defendant of the infringement, Defendant knew or should have known the sole lawful distributors of Latino and Freakdorm but purchased from a bootlegger.

41. On or about June 4, 2021, defendant received a letter from counsel for Latino and Freakdorm demanding an accounting of sales and advising the defendant that it was not authorized to sell the items it had for on offering through its infringing website.

42. On or about June 21, 2021, defendant received a second letter from counsel for Freakdorm and Latino insisting that infringement cease at once and demanding that defendant retain all records related to the infringement.

43. Defendant did not respond to the demand letters stated above.

44. Plaintiff has been damaged by sales made by Defendant of infringing goods.

45. Defendant has received profits attributable to the infringement of the copyright of Freakdorm and Latino products. Defendant's profits are recoverable by Plaintiff pursuant to 17 U.S.C. 504(c)(2).

46. Plaintiff is entitled, at its election, to an award of statutory damages for the copyright infringement herein pursuant to 17 U.S.C. 504(c)(2).

47. Plaintiff has agreed to pay its attorney a reasonable fee for his services.

48. Plaintiff is entitled to its attorney's fees and costs pursuant to 17 U.S.C. 505, and as otherwise provided by law.

WHEREFORE, Plaintiff demands judgment for the following relief jointly and severally against the defendants

    a.  For an accounting of, and the imposition of a constructive trust with respect to Defendant's profits attributable to infringement of Plaintiff's Assignor's Copyright, or in Plaintiff's election, an award of statutory damages for each of the 4 titles, including statutory damages for willful infringement;

    b.  An award of reasonable attorney's fees and costs

    c.  Such other and further relief as the Court deems just and proper and is available under the law.

COUNT III

Plaintiff sues the Defendants, Feisty Media, Inc., a California Corporation d/b/a Pornteam.com, and Adam Weidhorn, alleging:

49. Plaintiff incorporates the previous paragraphs in full.

7

50. Feisty Media, Inc., is a California Corporation that is presently suspended from operations by the California Franchise Tax Board. As a suspended corporation, Feisty, Inc., is forbidden from defending legal actions by California, its state of incorporation.

51. On or about 6/1/2021, the defendant, Feisty, Inc., d/b/a Pornteam.com ("Pornteam") operated a fully interactive web site for sale of adult DVDs.

52. Pornteam offered for sale 7 DVDs of Latino's copyright product, as stated in full in Exhibit 1.

53. The site targeted residents of Florida and entered into transactions with residents of the State of Florida, the defendant availing itself of the laws and protections of the State of Florida.

54. Based on information and belief, Weidhorn is the source of the bootlegs offered for sale by defendant Pornteam.

55. Prior to Plaintiff notifying Defendant of the infringement, Defendant knew or should have known the sole lawful distributors of Latino but purchased from a bootlegger.

56. On or about June 4, 2021, defendant received a letter from counsel for Latino demanding an accounting of sales and advising the defendant that it was not authorized to sell the items it had on offering through its website.

57. Defendant did not respond to the demand letter.

58. Plaintiff has been damaged by sales made by Defendant of infringing goods.

59. Defendant has received profits attributable to the infringement of the copyright of Latino products. Defendant's profits are recoverable by Plaintiff pursuant to 17 U.S.C. 504(c)(2).

60. Plaintiff is entitled, at its election, to an award of statutory damages for the copyright infringement herein pursuant to 17 U.S.C. 504(c)(2).

61. Plaintiff has agreed to pay its attorney a reasonable fee for his services.

62. Plaintiff is entitled to its attorney's fees and costs pursuant to 17 U.S.C. 505, and as otherwise provided by law.

WHEREFORE, Plaintiff demands judgment for the following relief jointly and severally against the defendants

    a.  For an accounting of, and the imposition of a constructive trust with respect to Defendant's profits attributable to infringement of Plaintiff's Assignor's Copyright, or in Plaintiff's election, an award of statutory damages for each of the 7 titles, including statutory damages for willful infringement;

    b.  An award of reasonable attorney's fees and costs

    c.  Such other and further relief as the Court deems just and proper and is available under the law.

## COUNT IV

Plaintiff sues the Defendants, Ravana, LLC a Pennsylvania Limited Liability Company d/b/a Gay DVD Empire ("Ravana") and Adam Weidhorn, alleging:

63. Plaintiff incorporates the previous paragraphs in full.

64. Ravana is a Pennsylvania Limited Liability Company.

65. On or about 6/1/2021, the defendant Ravana LLC ("Ravana") operated a fully interactive web site for sale of adult DVDs at gaydvdempire.com.

66. The site targeted residents of Florida and entered into transactions with residents of the State of Florida, the defendant availing itself of the laws and protections of the State of Florida.

67. Ravana offered for sale 62 titles of Harlem, 32 titles of Dirty and 56 of Latino and 28 Freakdorm DVDs of Latino's copyright product, as stated in full in Exhibit 1.

68. Weidhorn is the source of the bootlegs offered for sale by defendant Ravana.

69. On or about June 4, 2021, defendant received a letter from counsel for Dirty, Harlem and Latino demanding an accounting of sales and advising the defendant that it was not authorized to sell the items it had on offering through its website.

70. Defendant responded conceding that it had purchased goods from Weidhorn, but did not agree to cease distribution or provide an accounting.

71. Prior to Plaintiff notifying Defendant of the infringement, Defendant knew or should have known the sole lawful distributors of Dirty, Harlem and Latino but purchased from a bootlegger.

72. Plaintiff has been damaged by sales made by Defendant of infringing goods.

73. Defendant has received profits attributable to the infringement of the copyright of Dirty, Harlem and Latino products. Defendant's profits are recoverable by Plaintiff pursuant to 17 U.S.C. 504(c)(2).

74. Plaintiff is entitled, at its election, to an award of statutory damages for the copyright infringement herein pursuant to 17 U.S.C. 504(c)(2).

75. Plaintiff has agreed to pay its attorney a reasonable fee for his services.

76. Plaintiff is entitled to its attorney's fees and costs pursuant to 17 U.S.C. 505, and as otherwise provided by law.

WHEREFORE, Plaintiff demands judgment for the following relief jointly and severally against the defendants

    a.   For an accounting of, and the imposition of a constructive trust with respect to Defendant's profits attributable to infringement of Plaintiff's Assignor's Copyright, or in Plaintiff's election, an award of statutory damages for each of the 106 titles, including statutory damages for willful infringement;

    b.   An award of reasonable attorney's fees and costs

    c.   Such other and further relief as the Court deems just and proper and is available under the law.

Respectfully submitted,

_____/s/_____
Herbert R Kraft
3030 N Rocky Point Drive W., Suite 150
Tampa Florida 33607
Attorney for Plaintiff
310-961-7533
Fax: 310-756-1920
Bar Id 394191

Exhibit 1- Infringing titles offered for sale

CD Universe

Paragraph 22

DVDs offered for sale:

Latino Fan Club:

      i.    # 3

     ii.    BestStr8 But Curious

   iii.    Horse-Hung Hispanics

   iv.    Alejandro the Great

    v.    Club Coqui # 3

   vi.    Partners in Crime

   vii.    Latin Muscle

  viii.    Savage Urban Desires

   ix.    Barrio Life

    x.    Dirty Vice Cop

   xi.    Dollars for Dicks

   xii.    Salsa City

  xiii.    Queen's Plaza Pickup # 4

  xiv.    Pros & Cons # 2

   xv.    Big Latin Brother

  xvi.    Teen Hustler # 3

  xvii.    Best of the Best

    xviii.   Blazin Blowjobs

    xix.   Latin Gold

    xx.   Latin Gold # 2

    xxi.   Still Working Hard

    xxii.   Meat Market

East Harlem:

    i.   Da Boyz from Ahhz

    ii.   Melts in Yo Mouth

    iii.   Thug Dream in the Hood

    iv.   Jockin Jay's Dick

    v.   Locked N Loaded

    vi.   Cuban Cigars # 2

    vii.   Latin Heat

    viii.   Hardcore Homeboys

Freakdorm:

    Gym Class

Dirty New York

    i.   First Time Swallowers # 2

    ii.   Built to <>

Excalibur
Paragraph 36

Latino Fan Club

  i.    Keep it Real

Freakdorm

  i.    Freakdorm

  ii.   Class Reunion

  iii.  Freakdorm 3

Feisty Media, Inc.

Paragraph 52

Latino Fan Club

  i.    Unlawful Sexual Contact

  ii.   Sex in East Harlem

  iii.  Latino Grande

  iv.   Rent a Ruffneck

  v.    Dirty Vice Cop

  vi.   Bike Boyz

  vii.  Barrio Life

Ravana

Paragraph 67

Dirty New York

  i.    <> My Face

ii.     <> the fag

iii.    Anal Sex

iv.     Ass Assault

v.      Back *Door <>

vi.     Balls Deep

vii.    Black Anal Cream

viii.   Black Assholes

ix.     Black Lighting

x.      Blowing it up

xi.     Built 2 <>

xii.    Busting the Ass

xiii.   Chasing Loads

xiv.    Chode a

xv.     Choking

xvi.    Cum Drunk

xvii.   Cum Guzzlers

xviii.  Dirty Lover

xix.    Eat Ass

xx.     Fill My Ass

xxi.    First Time Swallowers

xxii.   Gagging Gundel

xxiii.  Grit Grime

xxiv.   Heavy Loads

xxv.     Knock EM Out

xxvi.    Poke my hole

xxvii.   Pretty <>

xxviii.  Riding Hard

xxix.    Street Meet

xxx.     Thugs down under

xxxi.    Turn the <> Out

xxxii.   Up my Ass

East Harlem

i.     Back Breaking

ii.    Banger Borthuaz

iii.   Behind Thug Door

iv.    Big Baller

v.     Big Black Bad Boyz- Whatca Gonna Do

vi.    Big Black Daddies

vii.   Big Pumpin

viii.  Black Beauties

ix.    Black Boyz with big Toys

x.     Black Door 2 Da Hood

xi.    Black Kings

xii.   Black Stallion

xiii.  Cuban Cigars

xiv.   Cum Club

xv.    Da Boyz Ahhz 2

xvi.     Da Boyz from Aahz

xvii.    Dark Meat

xviii.   Dirty Animal

xix.     Dirty Dreams

xx.      Doing Big Things

xxi.     Evil Angels

xxii.    Filthy <>

xxiii.   Fire in Da Hole

xxiv.    Floss In

xxv.     Freak Me Like That

xxvi.    Gangsta Heat

xxvii.   Get Money

xxviii.  Get Money 2

xxix.    Get Money 3

xxx.     Get that Money

xxxi.    Group Home

xxxii.   Hard Humpin

xxxiii.  Hard Rail

xxxiv.   Hardcore Homeboys

xxxv.    Harlem Homeboys

xxxvi.   Home Alone In the hood

xxxvii.  Homeboy Housecall

xxxviii. Hood Rats

xxxix.   Hookin Up in the Hood

xl.   Jockin Jay's Dick

xli.   Latin Heat

xlii.   Locked and Loaded

xliii.   My <> Dreams

xliv.   NYC Thugs

xlv.   Pretty Player

xlvi.   Secrets from the Hood

xlvii.   Sex Trihh

xlviii.   Shot Caller

xlix.   Smoking Boy Thug

l.   Stick Shiftin

li.   The Brotherhood

lii.   Thug Dreamin in the Hood

liii.   Thug Lovin

liv.   Thugging it up the hard way

lv.   Thugs Dick

lvi.   Thugs R Us

lvii.   Times Square Pick Up 2

lviii.   Times Square Pickup


Freakdorm

i.   <> Phat

ii.   <> Sandwich

   iii.    Black Homies

   iv.    Blowin the Homies

   v.    Breaking all the Rules

   vi.    Chocolate Week

   vii.    Class Reunion

   viii.    Copy that Joint

   ix.    Cracking the Books

   x.    Final Exams

   xi.    Freak Lunchbreak

   xii.    Freakdorm

   xiii.    Freakdorm 2

   xiv.    Freakdorm 3

   xv.    Freaky <>

   xvi.    Freaky Fudge Packers

   xvii.    Fudge popes

   xviii.    Git Ya Nutt

   xix.    Greek Week

   xx.    Lecture Halls

   xxi.    Measure Up

   xxii.    Overnight Detention

   xxiii.    Private lessons

   xxiv.    Sex ed

   xxv.    Study Buddies

xxvi.  Thugs at school

xxvii.  We go hard

xxviii.  Young money, dark meat

Latino Fan Club

i.  9" New Yorkicans

ii.  Alejandro the Great

iii.  Alejandro the Unconquerted

iv.  Angel's Amigos

v.  Barrio Bordello

vi.  Barrio Life

vii.  Best of the Best

viii.  Bike Boyz

ix.  Blazing BJ

x.  Boners in Boxers

xi.  Boss's Boy

xii.  Boyz in the Crib

xiii.  Caliente

xiv.  Club Coqui

xv.  Cock Doctor

xvi.  Criminal Behavior

xvii.  Dirty Damez

xviii.  Dirty Vice Cop

xix.  Doing time 2069

xx.  Dr. Penis Erection

| | |
|---|---|
| xxi. | Dr. will see you now |
| xxii. | El Barrio |
| xxiii. | Fantastic Foreskin |
| xxiv. | Fuego |
| xxv. | Hard at Work |
| xxvi. | Horse Hung Hispanic |
| xxvii. | Horse Hung Vol 18 |
| xxviii. | Horse Hung Vol 19 |
| xxix. | Hot sheets hideaway |
| xxx. | How I Spent My Summer Vacation |
| xxxi. | Tiger Tyson |
| xxxii. | Latino Grande |
| xxxiii. | Latin Boyz Gone Wild |
| xxxiv. | Latin Gold |
| xxxv. | Latin Lollipops |
| xxxvi. | Latin Showboyz |
| xxxvii. | Latin Thugz |
| xxxviii. | Latinos in the Lockerroom |
| xxxix. | New Horsehung Hispanics |
| xl. | On the Lowdown |
| xli. | Parole Officer Perez |
| xlii. | Parole Officer Perez 2 |
| xliii. | Peeping Jan |

xliv.    Prison Doctor

xlv.    Ruffneck Rehad

xlvi.    Ruffneck Rheab

xlvii.    Salsa City

xlviii.    Secret Cell Block 6

xlix.    Sex in East Harlem

l.    Six Slave City

li.    Spanish Lessons

lii.    Still Cuckoo

liii.    Still Working Hard

liv.    Super sized

lv.    Super Sized

lvi.    Teen Hustler 4

lvii.    Teen Hustler Workiung Hard

lviii.    Ultimate Ruffneck

lix.    Unlawful Sexual

lx.    Urgan Jungle

lxi.    Viper Revealed