UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-22994-DPG

**COPYRIGHT ENFORCEMENT SPECIALISTS, INC**,

    Plaintiff,

v.

**ADAM WEIDHORN, et al.**,

    Defendants.

_____/

**FINAL DEFAULT JUDGMENT**

    **THIS CAUSE** comes before the Court on Plaintiff's Motion for Default Judgment Against Defendant Adam Weidhorn. [ECF No. 75]. The Court granted the Motion in a separate order. [ECF No. 102]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate and final default judgment.

    Accordingly, it is **ORDERED AND ADJUDGED** that a Final Default Judgment is hereby entered in favor of Plaintiff Copyright Enforcement Specialists, Inc. against Defendant Adam Weidhorn as follows:

1. Three hundred sixty-four thousand ($364,000.00) in damages.
2. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961 until this judgment is satisfied.
3. The Court shall retain jurisdiction of this matter to enforce this judgment.
4. This case is **CLOSED** as to Defendant Adam Weidhorn.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of September, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE